FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

<u>Easterling   12430</u>
(Last Name)        (Identification Number)

<u>Art            Tyrone</u>
(First Name)       (Middle Name)

<u>Rankin County Jail</u>
(Institution)

<u>221 North Timber Street, Brandon, MS. 39042</u>
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 25 2018
BY_____ARTHUR JOHNSTON
                              DEPUTY

V.        CIVIL ACTION NUMBER: <u>3:18-CV-490-HTW-LRA</u>
                                (to be completed by the Court)

<u>Mississippi Correctional Services,</u>
<u>Sheriff Bryan Bailey,</u>
<u>Rankin County Jail Administrator, Sheriff Deputy Barry-Vaughn,</u>
<u>Rankin County Jail Medical Personal (Medical Staff.)</u>

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (✓)    No ( )

B.  Are you presently incarcerated?
    Yes (✓)    No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )    No (✓)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes ( )    No (✓)

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

Page 1 of 4

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Art Tyrone Easterling  Prisoner Number: 12430

Address: 221 North Timber Street Brandon, Mississippi 39042.

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Mississippi Correctional Services. is employed as A Health Care Provider at Rankin County Jail. (Medical Staff)
1. Sheriff Bryan Bailey, 3. Rankin County Jail Medical Personel (Medical
2. Rankin County Jail Administrater, Sheriff Deputy Barry Vaughn

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Art Tyrone Easterling   ADDRESS: 221 North Timber St Brandon, MS. 39042.

DEFENDANT(S):

NAME: Mississippi Correctional Services.   ADDRESS: 221 North Timber St. Brandon, MS 39042.
Sheriff Brian Bailey- And His Full Capacity   221 North Timber Street. Brandon, MS. 39042.
Rankin County Jail Administrater, Sheriff Deputy Barry Vaughn.   221 North Timber Street Brandon, MS. 39042.
Rankin County Jail -Medical Personel; (Participating Staff Members.)   221 North Timber Street Brandon, MS 39042.

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING |
|---|
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any lawsuits in a court of the United States?  Yes ( )  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: __Art Tyrone Easterling -vs- Howood Municipal City Police Dept.__
2. Court (if federal court, name the district; if state court, name the county): __Federal Courts Southern District of Mississippi (Jackson Division)__
3. Docket Number: __uncertain__
4. Name of judge to whom case was assigned: __uncertain  u/A__
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) __Case Dismissed with Prejustice Failure To Prove Abusive Force By Municipal Agency.__

CASE NUMBER 2.
1. Parties to the action:_____
2. Court (if federal court, name the district; if state court, name the county):_____
3. Docket Number:_____
4. Name of judge to whom case was assigned:_____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Since June 30th, 2018 I, Plaintiff Art Tyrone Easterling I.D. #12430, And Being Detained At The Rankin County Jail Has Repeatedly Requested Medical Treatment And Medications For H.I.V. Positive For AIDS; Treatment And Medications For Hepatitis-B And Treatment And The Removal Of A Surgical Implanted (Hardware) Distal Plate At Upper Left Shoulder - (Statement Continues @ Attachment Sheet III A) - Facts of my case/complaint -

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

(A.) Plaintiff Easterling Prays That The Court Advise (Instructs) The Defendants Named Within This Complaint (Civil Action Suit) Pay For Any/All Court Costs And Attorney Fees, And In The Case/Situation That The Court May - Appoint The Plaintiff, A Hired Attorney. To continue @ IV A

Signed this 22nd day of July, 20 18.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

— Facts of My Case/Complaint —
Statement Sheet III A

— By The Rankin Jail Health Care Provider (Mississippi Correctional Services) yet To No Avail Response In The form Of A Material Hard-Copy, Letter or Notation Of Assurance Indicating such Future Fore Comings of medical Treatment And medications Regarding Plaintiff Art Tyrone Easterling Health Physically, mentally, Emotionally, And-
— Psycologically; Though Plaintiff Easterlings Medical Record History Reflects That He Suffers such Life Threating And/or Terminal Diseases. The Same Defendant Parties Members Mentioned In Plaintiff Easterlings Complaint (Civil Action Suit) Has merely Failed To Assist, Perform, conduct And Advise Necessary Immediate Inner Facility-
— Medical Health Care provider (Correctional Health Services) & medical Staff Members,
— To Bring Forth Professional Practices-
To Actions, Though Plaintiff Easterling Do Presently Suffers such on-going-Life Threating And/or Terminal Diseases. In Conclusion of This Complaint (Civil Action Suit) Plaintiff Art Tyrone Easterling Do State Again That, Defendant Parties members Failed To show or Reflect Any such proof, Proof In writing or material Letter form of Any Such Fore Comings, Future References of Medical Treatment And/or medications Though Necessary - medically Required to Sustain Plaintiff Easterling's Health And Life. 1 of 3 Pages.

Complaint Attachment Sheet III B
In Reference To Paragraph
III The Removal Of Implant-
Distal Hardware\Plate At upper
Left Shoulder; @ A.C. Clavicle.
Though The Rankin County Jail
Health Care Provider (Mississippi
Correction Services) Rendered -
(Conducted) Inner Facility X-Rays
To Plaintiff Easterling's Left Shoulder-
Declaring, Implant (Distal Plate) @ Normal-
Positioning. Initial Orthopedic
Surgeon Who Performed (Conducted)
Plaintiff Easterling's Shoulder Surgery -
- Medical Dictations Advised Removal
of Distal Hardware\Plate As Tendons
(Muscles) Retract To Normal Positioning.
— Plaintiff, Art Tyrone Easterling Complaint Ends. —

Note:
Due To No Certain Indications Of
Medical Treatment Forecoming By
The Defendant Parties Members;
Being Sheriff Bryan Bailey; Rankin
Jail Administrator, Sheriff Deputy, Captain
Berry Vaughn: And The Rankin County
Jail Medical Personnel (Medical Staff)
Plaintiff, Art Tyrone Easterling (on July 8, 2018
Commenced A Written Grievous Complaint
Form To All Aforesaid Mentioned Defendant
Parties Members - To No Avail Response; Then
on July 14, 2018 Plaintiff Easterling Rendered
A Written Request Letter To Defendant
Continue @ Page No. 3.   2 of 3 Pages.

Complaint Attachment Sheet III C.
(Attachments As Notes)

Rankin County Jail Administrator, Sheriff Deputy Captain Barry Vaughn yet to No Avail Response From Captain Barry Vaughn As of July 22, 2018 using This Method of Administrative-Remedy Program / Grievious Form Request Practice.

Signed This 22nd Day of July, 2018.
I Declare (or certify, verify or state) under penalty of perjury the foregoing As True And Correct

3 of 3 pages

Signature of Plaintiff

Statement of Relief(s) Sheet IV A.

(B.) Plaintiff Easterling Prays that the Court-orders (Instructs) The Defendants Parties Members(s) To Assist Plaintiff Easterling with Proper Professional Medical Treatment And Assessments of the Surgical Implanted Hardware (Distal Plate) @/Within Plaintiff Easterling's upper left Shoulder with The Scope of Extended (Final) Objective Actions — To Conduct (Perform) The Removal of Named Instrument (Distal Plate Divise) Which Do Causes Plaintiff Easterling To Function with Limited Motor Skills, Pain — And Discomfort, Nerve Damage And Certain Such Ususual Numbness within Arm, Hands, And Figures Everyday.

(C.) Plaintiff Easterling Prays The Court-orders (Instructs) The Defendants Parties Members(s) To Properly Treat Plaintiff — Easterling For All Aforesaid Mentioned — Terminal Blood Diseases Named within Plaintiff Easterling's Complaint (Civil Action Suit) (H.I.V. Positive For AIDS; Hepatitis-B) And The Same, Any/All Blood Diseases Which Through Blood Assessments Would Fall — Into The Realm (Scope) Of Blood Assessments As A Totality.

(D.) Plaintiff Easterling Seeks Money Damages In The Sum (Amount) of ($375.00) Three Hundred And Seventy Five Dollars A Day — From The Initial Medical Treatment Requesting Date Being, June 30, 2018 until —

1 OF 3 Pages.

Statement Of Relief(s) Sheet IV B

The Acting Date That The Court Orders The Defendant Parties Members To Provide And Perform Necessary Professional Medical Treatment For Plaintiff Art Tyrone Easterling.

(F.) Plaintiff Easterling seeks money-Damages In The Sum (Amount) of ($75,000.00) Seventy Five Thousand Dollars For Pain And Suffering; To Include Physically, Mentally, Mental Anguish, Emotionally And Psycological Time Of Suffering As A Hold.

(G.) Plaintiff Easterling seeks money-Damages In The Sum (Amount) Of 100,000.00 One Hundred Thousand Dollars For Time Delay Of Professional Medical Treatment And Medical Neglegiences As A Hold, To Include Failure To Provide Plaintiff Easterling with A Certificate of Proof-Proof Of Future Medical Treatment(s) In The Form Of A material Hard Copy Copy (Documentation) letter or Notation Of Assurance To Consider That Plaintiff Easterling Suffers from A Life Threating And/Or Terminal Diseases. Signed This 22nd Day of July 2018.

I Declare (or Certify, Verify or State) under Penalty of Perjury That The Foregoing Is True And Correct.

Art Tyrone Easterling
Signature Of Plaintiff.

Note:
In This Complaint (Civil Action Suit) Plaintiff Art Tyrone Easterling 'Prays' (Ask) To The Court That In His Request For Money Damages That, If The Plaintiff Has Surpassed-

2 of 3 Pages.

Statement of Relief(s) Sheet IV C.
(Attachment, As Notes)

(outweighed) or violated any such Articles of Law (TORT LAWS) which could possibly allow the Defendants Parties Members to become Immune from Liability for money Damages or that the Plaintiff (Plaintiff Easterling's) Complaint (Civil Action Suit) fall into the lines of Dismissal, The Plaintiff 'Prays' And would ask that, the court Reassess Requested Money Damages Requested of the Defendant Parties Members And Render (Award) the same, A substancial Lawful Just Due Amount to the Plaintiff Party (Plaintiff Art Tyrone Easterling) whether More or Less Money Damages, Plaintiff Easterling Prays that the Court or a court Trial Jury set forth money Damages Deem Best/Just.
Signed this 22nd Day of July, 2018.
I Declare (or Certify, Verify, or State) under Penalty of Perjury that the foregoing Is True and Correct.
3 of 3 pages.

Signature of Plaintiff