Mr. Art Tyrone Easterling
I.D. # 15430
Rankin County Jail
221 North Timber Street
Brandon, Mississippi 39042

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, MS 39201

RECEIVED JUL 25 2018 U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISS.

INMATE MAIL Rankin County Jail

U.S. POSTAGE $000.68 PITNEY BOWES ZIP 39042 000140121 JUL 23 2018

