# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

Art Tyrone Easterling
**Plaintiff**
V.
CIVIL ACTION NO. 3:18-CV-00490-HTW-LRA
Mississippi Correctional Services et al
**Defendant**

## MOTION TO AMEND COMPLAINT

Comes now Plaintiff, Art Tyrone Easterling In The manner of Pro, se And Files This His Motion To Amend complaint Would Show unto The court The Following:

### I

Accordingly To Rankin county Jail Administration, Lieutenant Daniel Barnett's Grievance Hearing Report — Response To Plaintiff Easterling (Dated 07/26/2018) - Stated That, [Medical Department Has scheduled All necessary Appointments for Treatment of Medical conditions Listed In Grievance Except Hep. B which Has never Been Mentioned In Medical Files As Positive; Medical File Says no Past History of Hep-B.] — End Quote: written Response (Grievance Hearing Report) By Lieutenant Daniel Barnett

1 of 8 pages.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 10 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

# II

Wherewith Being In Accordance To Plaintiff Easterlings Initial <u>Filed Complaint</u>, Into The <u>Court</u> On 07/25/2018 Since about 07/4/2018 until This Present Day And Date 08/31/2018 -
- Mississippi Correctional Services et al -
- Has-<s>yet</s>-Failed To Provide Significant Medical Treatment And Medications -
- For Plaintiff Easterling In Regard Of His Initial Requesting complaint of -
- Treatment For H.I.V. Positive For AIDS -
- And Hepatitis-B, Though Plaintiff - Easterling had signed consentment - of (For) The Release Of Any/All Medical Records And Medical (Files) Dictations -
- <u>From</u> Various Hospital Within The - Jackson, Mississippi Area, Being The -
- Locations (Sitings) In which Plaintiff - Easterling Had Both Been Diagnosed And Treated For The Aforesaid-Above -
- Medical Health-short-comings Illnesses. Note: See/Review Easterlings
- Medical Record Files History @ - Rankin County Jail Detention Center; And With Mississippi Correctional Services Acting As The Facility Health Care Providers

2 of 8 Pages

# III

As Relating To Lieutenant Daniel Barnett's Grievance Hearing Report-Response-To Plaintiff Easterling, He Quoted In Writing: [Medical Department Has Scheduled All Necessary Appointments For Treatment of Medical Conditions Listed-In Grievance Except Hep B. Which has Never Been Mentioned In Medical Files As Positive. Medical Files says No Past History of Hep. B.]

As For The Mississippi Correctional Services et al and Medical Staff Employees -Treating or Evaluating Plaintiff Easterling For Hepatitis-B, Mississippi Correctional Services et al-Medical Staff Members- -Failed Yet, Refused To Retrieve Plaintiff Easterling's Pre Existing Medical Record Files From The University Hospital of Jackson, Ms. Though The Plaintiff Signed Consentment For The Release of Any/All Medical Record Files (History) From The Aforesaid Health Care Provider, Which Had Formerly Diagnosed And Treated Plaintiff The Same. As For Treatment of Plaintiff Easterling's Left Shoulder (Re-Implanted Hardware Distal Plate) Though Mississippi Correctional Services et al-Medical Staff Members Possessed (Held) Significant

3 of 8 Pages

— Pre Existing Medical Record Files (History) And Medical (Surgeon's) Dictations Relating To Plaintiff Easterling's Initial Injury, Initial Surgery, Initial Medications And A Best Significant Approach To Better Treat Plaintiff Easterling; Mississippi Correctional Service et al- Obliviously Failed To Treat Or Recommend A License Orthopedic Doctor As Relating —

III

Paragraph Continues @ Page no. 5 of 8 Pages (Just after This Page)

To Plaintiff Easterling's (Right Elbow – NOT one) @ Plaintiff Easterling's upper left shoulder, nor has the Plaintiff received Medical Treatment or Blood/Lab Assessments, Relating to His Initial Court Complaint (Filed July 25, 2018) Regarding Pre-Existing Suffering of Hepatitis-B.

## IV

The Same, Regarding The Plaintiff, (Easterling's) Complaint Regarding Aforesaid Implanted Hardware (Distal Plate) Assembly, where he DO presently suffers Limited Left Upper Arm and Shoulder Motor Range (up and Downward) And Numbness @ Left Arm (with much Pain on a 24 hour Period Basies) @ Left-Lower Arm, Left Elbow, Left Hand and Left Fingers; And where Plaintiff Easterling Had File His Complaint (Initial Court Complaint Filed/Dated July 25 2018) Regarding The Fact That Mississippi Correctional Services et al Had Not (But Failed) To Render Significant Medical Treatment And Medications Regarding The Plaintiff's Requesting for H.I.V. Positive For AIDS and Treatment For Hepatitis-B, ——————— The Only Treatment That The Plaintiff had Received Is where On August 1 2018 The Plaintiff had Been Transported To A Particular Out Patient Health Care Clinic Within Canton Mississippi,

In Which Health Care Affiliates Drew Numerous (apprx 7) Small Tubes of Blood From the Plaintiff's (Easterling) Arm, Like, In a Lab/Clinical Assessment Manner. Now since Time, Being 08/1/2018 No Further Medical Treatment or Clinical -Assessment of (Blood)-out comes- Has come about or Any such - Findings or Solutions Been Brought To This The Plaintiff, Art Tyrone Easterlings Attention.

## V

Wherefore The Same, Leaving The Plaintiff With No certainty of Medical Treatment, nor no such- -Advance Anticipation of Forecoming Health care Solutions, which Would've (or Could've) Substained (Held Fast) The Plaintiff's Health- -Had He Obtained Significant Health Care Treatment In A Timely manner.

## VI

Therefore, With All Contained (Written) within The Above (5) Five Paragraphs Being True, And with The Truth Being Based Upon medical- Denialship, Time Delays, and overall- Medical Negligence By The Mississippi

6 of 8 Pages.

Correctional Services et al and Employed staff members @ Rankin County Jail Detention Center, Plaintiff Easterling Do File This His Motion To Amend (merge) This His Motion Along With His Original (Initial) Relief complaint Entitled Reliefs.

## VII

Whereat, As for money Damages Located @ paragraph(G) of Plaintiff Easterling Initial Relief (complaint) Section, This The Plaintiff, Art Tyrone Easterling seeks for An Additional (125,000.00) One Hundred And Twenty Five Thousand Dollars To To Amend (merge) along with his Initial Relief Complaint Statement - To Total To The Sum of (225,000.00) Two Hundred And Twenty Five Thousand Dollars For Denial of Significant Medical Health care, continuous Time Delay of Professional medical Treatment And Medications And overall Medical Negligence As A Hold.

## VIII

In Conclusion, This The Plaintiff, Art Tyrone Easterling Do not Request For any other Changes To Be Granted

7 of 8 pages

Within This Motion To Amend Complaint nor Any Further changes Within Any Paragraphs of his Initial Written Filed Complaint Dated and Signed July 25, 2018

Wherefore with All Premises Considered, This The Plaintiff, Art Tyrone Easterling Ends This His Motion To Amend Complaint.

Signed This 30th Day of August, 2018.

I Declare (or certify, verify or state) under Penalty of Perjury That The foregoing Is True.

_____ MDOC# 141196
Witness

_____ Signature of Plaintiff

_____ MDOC# 185827
Witness

Jarvis Bibbs I.D. # 84535

_____ I.D. # 2018080263
Witness

## CERTIFICATE OF SERVICE

I Art Tyrone Easterling #12430, Do Hereby Certify That I Have on This Day Delivered By Hand A True And Correct Copy of The Foregoing Motion To Amend Complaint.

This The 30 Day of August, 2018.

_____ ID-84535
Witness

_____ MDOC#191846
Witness

Plaintiff Signature #12430

1 OF 1 Page.