IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ART TYRONE EASTERLING                                PLAINTIFF

vs.                                                   CIVIL ACTION No.: 3:18-CV-490-HTW-LRA

MISSISSIPPI CORRECTIONAL SVCS.,
RANKIN COUNTY MISSISSIPPI
SHERIFF BRIAN BAILEY, BARRY
VAUGHN, RANKIN COUNTY
MISSISSIPPI JAIL MEDICAL PERSONEL,
and DR. MAHUMMAD ZEIN.                              DEFENDANTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 44]**. In her Report and Recommendation, filed on June 19, 2019, Magistrate Judge Anderson recommended that the *pro se* plaintiff's complaint **[Docket no. 1]** be DISMISSED because, after having been released from the custody of Rankin County, Mississippi, plaintiff has failed to appear for various hearings and has failed to provide a mailing address. Magistrate Judge Anderson directed the *pro se* plaintiff to file any objections within fourteen (14) days. The plaintiff has failed to do so.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 44]**, this court finds it well-taken. Therefore, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the order of this court.

Accordingly, this order hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE** and orders that the parties are to bear their own costs.

**SO ORDERED** this the 12th day of July, 2019.

                                           **s/ HENRY T. WINGATE**
                                           **UNITED STATES DISTRICT COURT JUDGE**